# United States District Court
# For The Western District of North Carolina
# Asheville Division

Shaye Smith,

       Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                            1:10cv112

Cleveland County, Division of Social Services, et al,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/31/11 Order.

                                                    Signed: August 31, 2011

*[Signature]*

Frank G. Johns, Clerk
United States District Court